UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jackie F. Yates

v. Case No. 26-cv-297-JL-AJ

Fidelity National Finance Title
and Escrow Insurance

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 10, 2026.

Joseph N. Laplante
United States District Judge

Date: September 21, 2026

cc: Jackie F. Yates, pro se
Counsel of Record