**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Jackie F. Yates

v. Case No. 26-cv-297-JL-AJ

Fidelity National Finance Title and Escrow Insurance

## REPORT AND RECOMMENDATION

In her Emergency Renewal Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 31), Ms. Yates seeks an injunction restraining "Defendant Fidelity National Financial (FNF), its subsidiaries, and agents, from refusing to clear title, and to compel an emergency stay of adverse title execution." Fidelity objected (Doc. No. 33) and Ms. Yates filed a reply (Doc. No. 34). As discussed in the Report and Recommendation recommending dismissal of Fidelity (Doc. No. 35), Fidelity is not a proper defendant in this action and, thus, it should not be enjoined. For that reason, the district judge should deny Ms. Yates's Emergency Motion (Doc. No. 31). Documents attached to Ms. Yates's motion and reply indicate that St. Mary's Bank is the mortgagee seeking to foreclose on the subject property. Ms. Yates has named St. Mary's Bank as a defendant in her amended complaint but has not yet served it and does not seek to enjoin its conduct in her Emergency Motion. For these reasons, the issue of whether to enjoin St. Mary's Bank is not before the court.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be

extended upon motion. Failure to file any objection within the specified time waives the right to appeal the district court's Order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016). Only those issues raised in written objections to this Report and Recommendation "are subject to review in the district court," and any issues "not preserved by such objection are precluded on appeal." Id. (citations omitted).

Andrea K. Johnstone
United States Magistrate Judge

October 21, 2026

cc: Jackie F. Yates, pro se
Giles L. Krill, Esq.