UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jackie F. Yates

v. Case No. 26-cv-297-JL-AJ

Fidelity National Finance
Title and Escrow Insurance

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 19, 2026.

Joseph N. Laplante
United States District Judge

Date: October 28, 2026

cc: Jackie F. Yates, pro se
Giles L. Krill, Esq.